**FILED**
CLERK, U.S. DISTRICT COURT

03/14/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No.  5:25-cr-00070-SB |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1344(2): Bank Fraud] |
| TREENA NICOLE DOMINGUEZ, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATIONS

1.   The California Employment Development Department ("EDD") administered unemployment insurance ("UI") benefits for residents of California, including Pandemic Unemployment Assistance benefits to individuals who were unemployed because of the COVID-19 pandemic ("pandemic benefits").

2.   To qualify for UI benefits, including pandemic benefits, a California resident had to submit to EDD an application for the benefits; provide EDD with personal identifying information ("PII"), including the applicant's name, date of birth, and social security number; and certify to EDD under penalty of perjury that the COVID-19

1  pandemic had directly and adversely affected the applicant's

2  employment.

3      3.   Incarcerated persons were ineligible for UI benefits,

4  including pandemic benefits.

5      4.   Once EDD approved the application and granted pandemic

6  benefits to the applicant, EDD would create a debit account ("EDD

7  debit account") with Bank of America, NA ("Bank of America").  A

8  debit card linked to the EDD debit account would then be mailed to

9  the address associated with the account.

10     5.   EDD typically deposited UI benefits, including pandemic

11 benefits, to the EDD debit account.  The debit card could be used to

12 withdraw the benefits from the EDD debit account using automated

13 teller machines ("ATMs"), including ATMs that Bank of America

14 operated.

15     6.   At times relevant to this Indictment, Bank of America was a

16 financial institution that was insured by the Federal Deposit

17 Insurance Corporation ("FDIC").

18 B.   THE SCHEME TO DEFRAUD

19     7.   Beginning in or around June 2020, and continuing through

20 in or around August 2020, in San Bernardino County, within the

21 Central District of California, and elsewhere, defendant TREENA

22 NICOLE DOMINGUEZ, knowingly and with the intent to defraud, devised,

23 participated in, and executed a scheme to obtain monies and funds in

24 the custody and control of Bank of America by means of materially

25 false and fraudulent pretenses, representations, and promises, and

26 the concealment of material facts.

27 //

28 //

C.    MANNER AND MEANS OF THE FRAUDULENT SCHEME

8.    The scheme to defraud operated, in substance, in the following manner:

a.    Incarcerated persons voluntarily provided defendant DOMINGUEZ, either directly or through an intermediary, their PII, such as social security numbers and dates of birth.

b.    Defendant DOMINGUEZ would then use that PII to file applications in the name of each incarcerated individual for UI benefits with EDD.

c.    On each application, defendant DOMINGUEZ would include false information concerning the incarcerated person's employment history.

d.    On each application, defendant DOMINGUEZ would fraudulently represent that the incarcerated person had a mailing address at defendant DOMINGUEZ's residence.

e.    Based upon each fraudulent application, EDD would cause Bank of America to mail a debit card in the name of the incarcerated person and other correspondence to the address listed on the application, that is, defendant DOMINGUEZ's address.

f.    Defendant DOMINGUEZ would receive the EDD debit card in the name of the incarcerated individual and use the EDD debit card to withdraw cash from ATMs.

//
//
//
//
//
//

D.    THE EXECUTION OF THE SCHEME TO DEFRAUD

9.    On or about July 14, 2020, within the Central District of California, defendant DOMINGUEZ used an EDD debit card in the name of M.H. to withdraw $500 cash from a Bank of America ATM in Yucca Valley, California, which constituted an execution of the fraudulent scheme.

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

BENJAMIN J. WEIR
Assistant United States Attorney
Riverside Branch Office